UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Application of RSM Production Corporation and Jack J. Grynberg, Petitioners, for an Order Directing Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | 1:17-mc-0213 (DLC)<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Respondent Yitzhak Tshuva in the above-captioned action:

    Joseph Serino, Jr.
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Telephone: 212.906.1200
    Facsimile: 212.751.4864
    E-mail: joseph.serino@lw.com

Dated:  August 16, 2017
         New York, New York                    LATHAM & WATKINS LLP

                                                By:    */s/ Joseph Serino, Jr.*
                                                          Joseph Serino, Jr.

                                                          885 Third Avenue
                                                          New York, New York 10022
                                                          Telephone: 212.906.1200
                                                          Facsimile: 212.751.4864
                                                          E-mail: joseph.serino@lw.com

                                                          *Counsel for Respondent*